JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MEETU MAGIC, INC., *et al*.<br><br>Defendants. | Case No.: CV14-8407-DMG (Ex)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION [27]** |

In accordance with the parties' stipulation, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

1. The above-captioned action is dismissed with prejudice;
2. All parties will bear their own costs and attorney's fees incurred against one another in this action; and
3. All scheduled dates and deadlines are VACATED.

DATED: April 29, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE